IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
at KANSAS CITY

| | | |
|---|---|---|
| BRAD MUHL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 11-CV-2432 |
| v. | ) | |
| | ) | |
| ERUCES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL OF DEFENDANTS
### SAM KHULUSI AND PC MALL, INC. WITHOUT PREJUDICE

Come now the parties and stipulate that all claims, counts and causes of action against defendants Sam Khulusi and PC Mall, Inc. should be dismissed without prejudice, each party to bear their own costs.

*Respectfully submitted by,*

**PROTZMAN LAW FIRM, LLC**

/s/ Andrew B. Protzman
Andrew B. Protzman, KS No. 18015
1100 Main Street
Suite 2550
Kansas City, Missouri 64105
(816) 421-5100
(816) 421-5105
andy@protzmanlaw.com

*Attorneys for Plaintiff*

and

2

BRYAN CAVE LLP
By: /s/ Staci O. Schorgl
Craig S. O'Dear   D. Kan. 70379
Staci Olvera Schorgl  KS #19753
John T. Polhemus  KS #23566

1200 Main Street, Suite 3500
Kansas City, MO  64105
(816) 374-3200 telephone
(816) 374-3300 facsimile
csodear@bryancave.com
soschorgl@bryancave.com
john.polhemus@bryancave.com

ATTORNEYS FOR DEFENDANTS
ERUCES, INC., ROBERT J.
ECKHOLDT, BASSAM KHULUSI,
SAM KHULUSI, AND PC MALL, INC.