IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
at KANSAS CITY

| | | |
|---|---|---|
| BRAD MUHL , *et al.*, | ) | |
| | ) | |
| *Individually, and on behalf of* | ) | |
| *all others similarly situated*, | ) | Case No. 11-cv-2432 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERUCES, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO MOTION TO DISMISS**

Comes now plaintiff and respectfully requests an extension of time to and including March 17, 2012, to respond to defendants' motion to dismiss (Document 17). Counsel for defendants has been consulted regarding the requested extension, and defendants do not oppose the request.

*Respectfully submitted by,*

**PROTZMAN LAW FIRM, LLC**

/s/ Andrew B. Protzman
Andrew B. Protzman, KS No. 18015
1100 Main Street
Suite 2550
Kansas City, Missouri 64105
(816) 421-5100
(816) 421-5105
andy@protzmanlaw.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed via the Court's ecf electronic filing system this 24th day of February, 2012, which will generate and provide to all counsel an electronic notice of service.

/s/ Andrew B. Protzman