IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRAD MUHL, et al.,

        Plaintiffs,

    vs.                      Case No. 11-2432-SAC

ERUCES, INC., et al.,

        Defendants.

## ORDER

    The Court was advised by counsel for the plaintiff, in the above entitled matter, that the case settled - see Dk. 23. Closing documents shall be filed by the parties on or before May 14, 2012. If closing documents are not filed, the Court shall order dismissal with prejudice of this action without further notice. Within 60 days of the dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

    IT IS SO ORDERED this 12th day of April, 2012, at Topeka, Kansas.

                                      s/ Sam A. Crow
                                      SAM A. CROW
                                      U.S. DISTRICT SENIOR JUDGE